UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **DIRECTV, INC.,** | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | No. 2:03cv0191 AS |
| | ) | |
| **RICHARD BOEHM,** | ) | |
| | ) | |
| Defendant. | ) | |

*MEMORANDUM, OPINION AND ORDER*

This court takes full judicial notice of the record in this case. Magistrate Judge Christopher A. Nuechterlein filed a Report and Recommendation in this case on January 23, 2007, and as of today, there were no objections or responses filed by the defendant. This court now **ADOPTS** the recommendation of the magistrate judge. The Court will enter a separate order granting the motion for default judgment. **IT IS SO ORDERED.**

**DATED: February 20, 2007**

                                                          **S/ ALLEN SHARP**
                                               **ALLEN SHARP, JUDGE**
                                             **UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein